IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br><br> Jaheim Henyard, <br><br> Defendant(s). | Case No. 20-cr-543-2 <br> Judge Sara L. Ellis |

## ORDER

(T:30)

Change of plea hearing held on 10/13/2023. Defendant withdraws his plea of not guilty and enters a plea of guilty on Counts 3, 5 and 6 of the Indictment. The court enters a judgment of guilty. Cause is referred to the probation office for presentence investigation report. Sentencing memoranda and any objections filed by the Defendant to the presentence investigation report should be filed on or before 12/22/2023. Sentencing memoranda and any objections filed by the Government to the presentence investigation report should be filed on or before 12/29/2023. Sentencing hearing set for 1/8/2024 at 9:30 a.m. Jury trial set for 12/4/2023 is stricken. The parties shall appear in person. Pursuant to 18 U.S.C. 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. 3664(d)(5). Probation Office ordered to release sentencing recommendation to counsel of record.

Date: 10/13/2023                                           /s/ Sara L. Ellis